SHARON L. ANDERSON (SBN 94814)
County Counsel
JASON W. MAUCK (SBN 255133)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: jason.mauck@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY and TASHA MIZEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.R., a deceased minor by and through her successor in interest JOHN FREEMAN; JOHN FREEMAN, an individual; and CRISTINA RAMIREZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY, a public entity; TASHA MIZEL, an individual; MARCIE FRANICH, an individual; AND DOES 1 to 50, inclusive,<br><br>Defendants. | No. C19-07152 MMC<br><br>RE-NOTICE OF DEFENDANTS CONTRA COSTA COUNTY AND TASHA MIZEL'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date:   May 15, 2020<br>Time:   9:00 a.m.<br>Crtrm:  7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney, Presiding<br>Date Action Filed:  October 30, 2019<br>Trial Date:  None Assigned |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon re-assignment of this case, defendant was ordered to re-notice any pending motions to be heard by Judge Chesney.  Pursuant to that Order, defendants Contra Costa County and Tasha Mizel hereby gives notice that its motion to dismiss [ECF No. 22], previously noticed for May 14, 2020 at 9:30 a.m. before Magistrate Judge Laurel Beeler, will now be heard on May 15, 2020 at 9:00 a.m. before Judge Maxine M. Chesney in Courtroom 7, 19th Floor, of the United States courthouse located at 450 Golden

Gate Avenue, San Francisco, California[1].  This notice does not change the briefing schedule for the motion.

DATED:  April 1, 2020

SHARON L. ANDERSON
COUNTY COUNSEL


By: */s/ Jason W. Mauck*
JASON W. MAUCK
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

---

[1] Please refer to the Northern District's General Orders for information concerning attendance and argument of any motion.

RE-NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT - Case No. C19-07152 MMC

2