UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. R., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>CONTRA COSTA COUNTY CA, et al.,<br><br>            Defendants. | Case No. 19-cv-07152-MMC (TSH)<br><br>**DISCOVERY ORDER VACATING HEARING**<br><br>Re: Dkt. No. 148 |

This matter is currently scheduled for a hearing on February 1, 2024, regarding Plaintiffs' Motion to Compel Discovery (ECF No. 148). Pursuant to Civil Local Rule 7-1(b), the Court finds the motion suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

    **IT IS SO ORDERED.**

Dated: January 31, 2024

 

THOMAS S. HIXSON
United States Magistrate Judge